# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  WALTER W. STAHL & BONNIE D. STAHL  
916 WOODLAWN AVENUE  
DIXON, IL  61021  

Case Number: 04-75109  
SSN-xxx-xx-5072 & xxx-xx-9549

Case filed on: 10/12/2004  
Plan Confirmed on: 2/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $53,010.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIFINANCIAL | 0.00 | 0.00 | 31,240.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 31,240.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 203 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WALTER W. STAHL | 0.00 | 0.00 | 1,140.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,140.00 | 0.00 |
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 8,644.45 | 8,644.45 | 8,644.45 | 871.79 |
| 005 | LEE COUNTY CLERK | 800.00 | 800.00 | 800.00 | 168.54 |
| 021 | MELONIE STAHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BENEFICIAL | 200.00 | 200.00 | 200.00 | 35.55 |
| 024 | AMERICAN GENERAL FINANCE | 200.00 | 200.00 | 200.00 | 11.83 |
|  | Total Secured | 9,844.45 | 9,844.45 | 9,844.45 | 1,087.71 |
| 004 | FORD MOTOR CREDIT COMPANY | 5,734.20 | 0.00 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 348.92 | 348.92 | 120.02 | 0.00 |
| 007 | LVNV FUNDING LLC | 7,469.59 | 7,469.59 | 2,569.55 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 384.10 | 384.10 | 132.14 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | B-FIRST LLC | 791.66 | 791.66 | 272.33 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 1,431.75 | 1,431.75 | 492.53 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,156.87 | 2,156.87 | 741.97 | 0.00 |
| 014 | KIM TREVIRANUS STERLING ROCKFALLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KMART CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PHYSICIAN SERVICES OF MCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RECEIVABLE MANAGEMENT CONSULT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINOIS STUDENT ASSISTANCE COMM | 1,440.55 | 1,440.55 | 495.56 | 0.00 |
| 019 | SPIEGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MELONIE STAHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 687.77 | 687.77 | 236.60 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 2,072.33 | 2,072.33 | 712.88 | 0.00 |
|  | Total Unsecured | 22,517.74 | 16,783.54 | 5,773.58 | 0.00 |
|  | Grand Total: | 34,962.19 | 29,227.99 | 50,598.03 | 1,087.71 |

Total Paid Claimant:    $51,685.74  
Trustee Allowance:      $1,324.26  
Percent Paid Unsecured:    34.40

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008                By  /s/Heather M. Fagan